UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHRISTOPHER CREW,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>Kevin Chappell,<br>Acting Warden of San Quentin State Prison,<br><br>　　　　Respondent. | **Case No.: 12-CV-4259 YGR**<br><br>**DEATH PENALTY CASE**<br><br>**ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO SELECTION BOARD FOR APPOINTMENT OF COUNSEL** |

　　　Petitioner, who is under a sentence of death, has filed an application for appointment of counsel, a request for a stay of execution, and a notice of intention to file a petition for writ of habeas corpus.  Pursuant to 28 U.S.C. § 2251(a) and Local Rules 2254-24 and 2254-25,

　　　**IT IS HEREBY ORDERED** that the execution of petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and setting an execution date, are stayed.

　　　**IT IS FURTHER ORDERED** that this matter be referred to the Capital Case Committee for the United States District Court, Northern District of California, for counsel to be appointed to represent

Case4:12-cv-04259-YGR   Document4   Filed08/14/12   Page2 of 2

petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner Mark Christopher Crew; respondent Kevin Chappell, Acting Warden of San Quentin State Prison; the Clerk of the Santa Clara Superior Court; Kamala Harris, Attorney General of the State of California; Gary D. Sowards, Esq., Habeas Corpus Resource Center; and Michael Millman, Executive Director of the California Appellate Project, San Francisco.

**IT IS SO ORDERED**.

**August 14, 2012**

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**