# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHRISTOPHER CREW,<br><br>**Petitioner,**<br><br>vs.<br><br>Kevin Chappell,<br>Acting Warden of San Quentin State Prison,<br><br>**Respondent.** | **Case No.: 12-CV-4259 YGR**<br><br>**DEATH PENALTY CASE**<br><br>**ORDER APPOINTING COUNSEL** |

Pursuant to Local Rule 2254-25 and the recommendation of the Selection Board for the United States District Court for the Northern District of California, and good cause appearing therefore, the Court hereby appoints Evan Young, P.O. Box 194401, San Francisco, CA 94119, telephone number (415) 904-5600, and Andrew Parnes, 671 First Avenue North, P.O. Box 5988, Ketchum, ID 83340, telephone number (208) 726-1010, as co-counsel to represent petitioner in these habeas corpus proceedings.

**IT IS SO ORDERED**.

**October 29, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**