IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHRISTOPHER CREW,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of<br>San Quentin State Prison,<br><br>    Respondent. | CASE NO.: CV-12-4259-YGR<br><br>ORDER RE RECORD<br><br>(DEATH PENALTY CASE) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. Petitioner shall file his petition in this Court on or before August 7, 2013.

2. Because Respondent will not lodge the formal record with this Court before July 29, 2013, and Petitioner will therefore not have sufficient time to comply with Local Habeas Rule 2254-27(a)(5) requiring uniform citation to the record, Petitioner shall file his initial petition without such uniform citation.

3. On or before October 7, 2013, Petitioner shall file an amended Petition containing the uniform citations to the record.

Dated this 1st day of August, 2013.

_____
Claudia Wilken for Yvonne Gonzalez Rogers
District Judge