IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHRISTOPHER CREW,<br><br>　　　Petitioner,<br><br>　v.<br><br>KEVIN CHAPPELL, Warden of San Quentin State Prison,<br><br>　　　Respondent.<br>_____/ | No. C 12-4259-YGR<br><br>**ORDER RE JOINT STATEMENT** |

　　　The Court is in receipt of respondent's Answer to petitioner's Petition for Writ of Habeas Corpus. The Court directs the parties to meet and confer, and prepare a joint statement proposing a schedule for the filing of a traverse, and any subsequent motion regarding procedural default. The parties shall file their joint statement within fourteen days of the date of this Order. If necessary, the Court will schedule a case management conference.

　　　IT IS SO ORDERED.

DATED: October 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Yvonne Gonzalez Rogers_
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**