**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   MARK CHRISTOPHER CREW,                    No. C 12-4259 YGR
11          Petitioner,                        **ORDER RE SCHEDULING**
12     v.
13   KEVIN CHAPPELL, Warden of San Quentin
14   State Prison,
15          Respondent.
16   _____/
17
18          Pursuant to the parties' stipulation, the Court hereby ORDERS that petitioner file his traverse
19   and address any issues regarding procedural default on or before May 1, 2015.  Respondent shall file
20   any response on or before June 1, 2015.
21
22
23          IT IS SO ORDERED.
24   DATED:  November 3, 2014      _____
25                                 **YVONNE GONZALEZ ROGERS**
                                   **UNITED STATES DISTRICT COURT**
26
27
28