United States District Court
Northern District of California

1

2

3                          **UNITED STATES DISTRICT COURT**

4                         **NORTHERN DISTRICT OF CALIFORNIA**

5

6

7    **MARK CHRISTOPHER CREW,**                  **Case No.:  12-CV-4259 YGR**

         **Petitioner,**                        **ORDER DENYING WITHOUT PREJUDICE**
8                                                **PETITIONER'S REQUEST FOR A STATUS**
         **vs.**                                 **CONFERENCE**
9
10   **RON DAVIS, Warden of San Quentin State**
     **Prison**

11        **Respondent.**

12

13        Petitioner has filed a request for a status conference, which is opposed by respondent.  The

14   resolution of four claims for which respondent asserts procedural default defenses currently is

15   pending.  Any schedule reached before the resolution of those claims may be altered by the

16   disposition.  Accordingly, the request is denied without prejudice to renewal following an order

17   addressing the asserted procedural default defenses.

18        **IT IS SO ORDERED**.

19   Dated: July 22, 2015

20                                               _____
                                                 **YVONNE GONZALEZ ROGERS**
21                                               **UNITED STATES DISTRICT COURT JUDGE**

22

23

24

25

26

27

28