United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK CHRISTOPHER CREW,** | **Case No.:  12-CV-4259 YGR** |
| **Petitioner,** | **ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE A JOINT PROPOSED LITIGATION SCHEDULE** |
| **vs.** | |
| **RON DAVIS, Warden of San Quentin State Prison** | |
| **Respondent.** | |

Based on the stipulation of the parties, the deadline for filing the joint statement and litigation schedule shall be extended from December 30, 2015, until January 15, 2016.

**IT IS SO ORDERED**.

Dated: December 11, 2015

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**