# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK CHRISTOPHER CREW,** | **Case No.: 12-CV-4259 YGR** |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | |
| **RON DAVIS, Warden of San Quentin State Prison** | |
| Respondent. | |

The Court is in receipt of Petitioner's unopposed motion for an extension of time. Good cause appearing therefor, the motion is GRANTED.

Petitioner's opening brief is now due on or before November 17, 2017. In light of the holidays, the Court *sua sponte* grants Respondent an additional week and his answer is due on or before January 10, 2018. The reply is due within fifteen days of the date of service of the answer.

**IT IS SO ORDERED**.

Dated: September 18, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**