IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHRISTOPHER CREW,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of<br>San Quentin State Prison,<br><br>    Respondent. | CASE NO.: CV-12-4259-YGR<br><br>ORDER RE BRIEFING<br><br>(DEATH PENALTY CASE)<br><br>Dkt. No. 68 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. Claim 44 of the Petition for Writ of Habeas Corpus will be removed from the group of claims presently being briefed and decided by the Court and added to the group of claims in which an evidentiary hearing is being sought to be briefed as part of that portion of the case.

Dated this 23rd day of July, 2019.

_____
Yvonne Gonzalez Rogers
District Judge

1