UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK CHRISTOPHER CREW,** | Case No.: 12-CV-4259 YGR |
| Petitioner, | CAPITAL CASE |
| vs. | ORDER GRANTING EXTENSION REQUEST |
| **RON BROOMFIELD, Warden of San Quentin State Prison** | |
| Respondent. | |

Good cause appearing, respondent's request for a 31-day extension of time to file an opposition to petitioner's motion for an evidentiary hearing is **GRANTED**. Respondent shall file his brief by November 15, 2021.

**IT IS SO ORDERED**.

Dated: October 26, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**